UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 19·299 MJD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 921(a)(6) |
| | ) | 18 U.S.C. § 921(a)(24) |
| v. | ) | 18 U.S.C. § 922(o) |
| | ) | 18 U.S.C. § 924(a)(2) |
| JEREMY WILLIAM EGYHAZI, | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 26 U.S.C. § 5841 |
| Defendant. | ) | 26 U.S.C. § 5845 |
| | ) | 26 U.S.C. § 5861(d) |
| | ) | 26 U.S.C. § 5871 |
| | ) | 26 U.S.C. § 5872 |
| | ) | 28 U.S.C. § 2461(c) |

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**
(Unlawful Possession of Machineguns)

On or about November 20, 2018, in the State and District of Minnesota, the

Defendant,

**JEREMY WILLIAM EGYHAZI,**

did knowingly possess machineguns, namely the following:

| Description | Serial Number |
|---|---|
| Auto-Ordinance, .45 ACP Thompson machinegun | Serial number S-312062 |
| Auto-Ordinance, .45 ACP Thompson machinegun | Serial number S-438300 |
| Hesse, Model H91, 7.62 NATO machinegun | Serial number G002904 |
| Hesse, Model H91, 7.62 NATO machinegun | Serial number G001812 |
| Hesse, Model FAL-H, 7.62 NATO machinegun | Serial number 003527 |

SCANNED
NOV 1 4 2019
U.S. DISTRICT COURT MPLS

United States v. Jeremy William Egyhazi

| Description | Serial Number |
|---|---|
| Maadi, Model MISR S/A, 7.62x39 machinegun | Serial number CM11542 |
| Leinad Inc., Model PM-11, 9x19 machinegun | Serial number 94-0019777 |
| Hesse, Model HAR-15 A2, .223 Remington machinegun | Serial number 1017 |
| Hesse, Model HAR-15 A2, .223 Remington machinegun | Serial number 1122 |
| Hesse, Model HAR-15 A2, 7.62x39 machinegun | Serial number 1176 |
| Heckler & Koch, Model HK94, 9mm Luger machinegun | Serial number 5144 |
| IMI, UZI Model A, 9mm Luger machinegun | Serial number SA11625 |
| Unknown manufacturer, 9mm STEN-type machinegun | No serial number |
| Unknown manufacturer, 9mm STEN-type machinegun | No serial number |

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 2
(Possession of an Unregistered Firearm - Short-Barreled Shotgun)

On or about November 20, 2018, in the State and District of Minnesota, the Defendant,

**JEREMY WILLIAM EGYHAZI,**

did knowingly possess a firearm, as defined by Title 18, United States Code, Section 921(a)(6) and Title 26, United States Code, Section 5845(a)(1), namely a Remington, Model 870 Express, 12 gauge short-barreled shotgun, bearing serial number D195064M, having a barrel of less than 18 inches in length, which was not registered to him in the National Firearms Registration and Transfer Record as required by law; all in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

United States v. Jeremy William Egyhazi

## COUNT 3
(Possession of Unregistered Firearms—Silencers)

On or about November 20, 2018, in the State and District of Minnesota, the

Defendant,

### JEREMY WILLIAM EGYHAZI,

did knowingly possess firearms, as defined by Title 18, United States Code, Section

921(a)(24) and Title 26, United States Code, Section 5845(a)(7), namely the following:

| Description | Serial Number |
|---|---|
| A cylindrical device, constructed of a ferrous alloy, measuring approximately 12-3/8 inches in overall length with an outside diameter of approximately 2-7/8 inches | No serial number |
| A cylindrical device, constructed of a non-ferrous alloy, measuring approximately 9 inches in overall length with an outside diameter of approximately 1-3/4 inches | No serial number |
| A cylindrical device, constructed of a ferrous alloy, measuring approximately 19 inches in overall length with an outside diameter of approximately 2-7/8 inches | No serial number |
| A cylindrical device, constructed of poly-vinyl chloride (PVC), measuring approximately 21 inches in overall length with an outside diameter of approximately 2-7/8 inches | No serial number |

each of which by design, construction, and function is a device for silencing and

diminishing the report of a portable firearm, none of which were registered to him in the

National Firearms Registration and Transfer Record as required by law; all in violation of

Title 26, United States Code, Sections 5841, 5861(d) and 5871.

United States v. Jeremy William Egyhazi

## FORFEITURE ALLEGATIONS

Counts 1 through 3 of this Information are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 924(d)(1), in conjunction with Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

If convicted of Count 1 of this Information, the Defendant,

### JEREMY WILLIAM EGYHAZI,

shall forfeit to the United States any and all firearms, accessories, and ammunition involved in or used in connection with such violation, including but not limited to the following

| Description | Serial Number |
|---|---|
| Auto-Ordinance .45 ACP Thompson machinegun | Serial number S-312062 |
| Auto-Ordinance .45 ACP Thompson machinegun | Serial number S-438300 |
| Hesse, Model H91, 7.62 NATO machinegun | Serial number G002904 |
| Hesse, Model H91, 7.62 NATO machinegun | Serial number G001812 |
| Hesse, Model FAL-H, 7.62 NATO machinegun | Serial number 003527 |
| Maadi, Model MISR S/A, 7.62x39 machine gun | Serial number CM11542 |
| Leinad Inc., Model PM-11, 9x19 machinegun | Serial number 94-0019777 |
| Hesse, Model HAR-15 A2, .223 Remington machinegun | Serial number 1017 |
| Hesse, Model HAR-15 A2, .223 Remington machinegun | Serial number 1122 |
| Hesse, Model HAR-15 A2, 7.62x39 machinegun | Serial number 1176 |
| Heckler & Koch, Model HK94, 9mm Luger machinegun | Serial number 5144 |

United States v. Jeremy William Egyhazi

| Description | Serial Number |
|---|---|
| IMI, UZI Model A, 9mm Luger machinegun | Serial number SA11625 |
| Unknown manufacturer, 9mm STEN-type machinegun | No serial number |
| Unknown manufacturer, 9mm STEN-type machinegun | No serial number |

and any and all ammunition loaded in, and associated with said firearms, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

If convicted of Counts 2 or 3 of this Information, the Defendant,

**JEREMY WILLIAM EGYHAZI,**

shall forfeit to the United States any and all firearms involved in such violation, including but not limited the following: to a Remington, Model 870 Express, 12 gauge short-barreled shotgun, having a barrel of less than 18 inches in length, bearing serial number D195064M; a cylindrical device, constructed of a ferrous alloy, measuring approximately 12-3/8 inches in overall length with an outside diameter of approximately 2-7/8 inches, bearing no serial number; a cylindrical device, constructed of a non-ferrous alloy, measuring approximately 9 inches in overall length with an outside diameter of approximately 1-3/4 inches, bearing no serial number; a cylindrical device, constructed of a ferrous alloy, measuring approximately 19 inches in overall length with an outside diameter of approximately 2-7/8 inches, bearing no serial number; and a cylindrical device, constructed of poly-vinyl chloride (PVC), measuring approximately 21 inches in overall length with an outside

diameter of approximately 2-7/8 inches, bearing no serial number; pursuant to Title 26,

United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

Dated:  November 14, 2019                    ERICA H. MacDONALD
                                             United States Attorney

                                             BY: ANDREW DUNNE
                                             Assistant U.S. Attorney
                                             Attorney ID No. 175195